**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

In re: EVANS, BLAKE A. § Case No. 5:18-70925
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Bianca Rucker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $406,240.29 | Assets Exempt: | $203,233.14 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $32,312.20 | Claims Discharged Without Payment: | $16,320,865.38 |
| Total Expenses of Administration: | $10,766.91 | | |

3) Total gross receipts of $43,079.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $43,079.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $401,637.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $10,766.91 | $10,766.91 | $10,766.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $16,338,879.35 | $308,464.84 | $308,464.84 | $32,312.20 |
| **TOTAL DISBURSEMENTS** | $16,740,516.45 | $319,231.75 | $319,231.75 | $43,079.11 |

4) This case was originally filed under chapter 7 on 04/06/2018. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2019    By: /s/ Bianca Rucker
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% interest in United Bank account for minor daughter | 1129-000 | $1,066.65 |
| 2016 and 2017 Tax refunds | 1124-000 | $33,776.00 |
| Art | 1129-000 | $25.00 |
| 50% interest in Household goods | 1129-000 | $25.00 |
| Online betting account | 1129-000 | $2.36 |
| Cash | 1129-000 | $500.00 |
| 50% interest in Other Personal and Household Items | 1129-000 | $50.00 |
| Merrill Lynch- money market account | 1129-000 | $0.59 |
| 50% interest in minor child's bank account | 1129-000 | $1,070.66 |
| Jewelry | 1129-000 | $1,360.00 |
| 50% interest in United Bank account | 1129-000 | $4,702.85 |
| Google Wallet | 1129-000 | $500.00 |
| **TOTAL GROSS RECEIPTS** | | **$43,079.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Nissan Motor Co | 4110-000 | $36,913.00 | NA | NA | NA |
| N/F | United Bank | 4110-000 | $364,724.10 | NA | NA | NA |
| | TOTAL SECURED | | $401,637.10 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Bianca Rucker | 2100-000 | NA | $5,057.91 | $5,057.91 | $5,057.91 |
| Trustee, Expenses - Bianca Rucker | 2200-000 | NA | $195.50 | $195.50 | $195.50 |
| Attorney for Trustee Fees - Rucker Law PLLC | 3110-000 | NA | $5,158.50 | $5,158.50 | $5,158.50 |
| Attorney for Trustee, Expenses - Rucker Law PLLC | 3120-000 | NA | $55.00 | $55.00 | $55.00 |
| Appraiser for Trustee Fees - Garrett Hunt | 3711-000 | NA | $300.00 | $300.00 | $300.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $10,766.91 | $10,766.91 | $10,766.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||||

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,464.22 | $1,119.98 | $1,119.98 | $117.32 |
| 2 | Joyce Plaza LLC | 7100-000 | $292,702.39 | $307,344.86 | $307,344.86 | $32,194.88 |
| N/F | Amazon - Chase | 7100-000 | $6,902.15 | NA | NA | NA |
| N/F | BHL Financing, LLC | 7100-000 | $12,445,954.74 | NA | NA | NA |
| N/F | BHL Financing, LLC | 7100-000 | $3,261,119.38 | NA | NA | NA |
| N/F | Citi/AAdvantage | 7100-000 | $1,215.57 | NA | NA | NA |
| N/F | Debbie Evans | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | James Bruno | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Merrill Lynch Credit Card | 7100-000 | $29,520.90 | NA | NA | NA |
| N/F | Wing Backs, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$16,338,879.35** | **$308,464.84** | **$308,464.84** | **$32,312.20** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 5:18-70925　　　　　　　　　　　　　Trustee Name:　(250020) Bianca Rucker
Case Name: EVANS, BLAKE A.　　　　　　　　　Date Filed (f) or Converted (c): 04/06/2018 (f)
　　　　　　　　　　　　　　　　　　　　　　　§ 341(a) Meeting Date: 05/07/2018
For Period Ending: 11/21/2019　　　　　　　　Claims Bar Date: 09/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 50% interest in 2651 N. Peabody, Fayetteville, AR 72704 | 216,404.00 | 0.00 | | 0.00 | FA |
| 2 | 1/2 interest in 2017 Nissan Armada | 23,441.50 | 0.00 | | 0.00 | FA |
| 3* | 50% interest in Household goods (See Footnote) | 6,000.00 | 0.00 | | 25.00 | FA |
| 4 | Electronics<br>HP printer = $50.00; cell phone = $355.00; Go Pro Camera = $100.00; Fit Bit Blaze = $100, 2 old Fit Bits, that don't work = $0; Samsung gear S2 = $100 | 705.00 | 0.00 | | 0.00 | FA |
| 5 | Collectibles<br>Baseball cards (Topps brand, 10 years worth)( in possession of debtor's mother) = $200.00; Signed baseball cards, in mother's storage facility = $25.00; 2 signed Razorback footballs = $50.00; Signed Razorback Basketball = $200.00; | 475.00 | 0.00 | | 0.00 | FA |
| 6 | Art<br>6 Leroy Neimans; Trustee and her hired appraiser visited debtor's house to appraise these items. Objection to Exemptions DN25, Motion to compromise DN36, Order granting DN42 (resolving objection and buyback of all non-exempt equity in personal property) | 2,000.00 | 0.00 | | 25.00 | FA |
| 7 | Sporting Goods<br>mountain bike & camping gear; 2 old tennis rackets, 1 set golf clubs; debtor could likely exempt under (d)(3) | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Firearms | 790.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing and accessories | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry<br>Wedding ring ($300.00) & Rolex watch ($2,660.00) | 2,960.00 | 1,360.00 | | 1,360.00 | FA |
| 12 | 50% interest in Other Personal and Household Items<br>Tools; lawn and yard equipment; misc. "junk" in the garage, new umbrella for patio. Co-owns with non-filing spouse. Objection to Exemptions DN25, Motion to compromise DN36, Order granting DN42 (resolving objection and buyback of all non-exempt equity in personal property). | 650.00 | 0.00 | | 50.00 | FA |
| 13 | Cash | 500.00 | 500.00 | | 500.00 | FA |
| 14 | 50% interest in United Bank account | 4,702.85 | 4,702.85 | | 4,702.85 | FA |
| 15 | Merrill Lynch- money market account | 0.59 | 0.59 | | 0.59 | FA |
| 16 | Google Wallet | 500.00 | 500.00 | | 500.00 | FA |
| 17 | 50% interest in minor child's bank account | 1,070.66 | 1,070.66 | | 1,070.66 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 5:18-70925
Case Name: EVANS, BLAKE A.
For Period Ending: 11/21/2019

Trustee Name: (250020) Bianca Rucker
Date Filed (f) or Converted (c): 04/06/2018 (f)
§ 341(a) Meeting Date: 05/07/2018
Claims Bar Date: 09/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 50% interest in United Bank account for minor daughter | 1,066.65 | 1,066.65 | | 1,066.65 | FA |
| 19 | Crystal Lake Farms, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Free Ranger, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 1% interest in US Preventative Medicine stock | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Interest in CM Medical, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Peterson Farms 401K | 109,370.51 | 0.00 | | 0.00 | FA |
| 24 | IRA- Merrill Lynch | 12,797.84 | 0.00 | | 0.00 | FA |
| 25 | West Liberty 401K | 25,894.79 | 0.00 | | 0.00 | FA |
| 26 | Co-trustee of his Mother's Trust<br>Debra Peterson Evans Trust ; no beneficiary interest | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Lease agreement for Sky Box at Razorback Stadium | Unknown | 0.00 | | 0.00 | FA |
| 28 | 2016 and 2017 Tax refunds<br>2016 Federal and State Tax Refund: $2463.00<br>2017 Federal Tax Refund: $23,514.00<br>2017 State Tax Refund: $7799.00<br>Part of motion to compromise DN36, Order granting DN42 (resolving objection and buyback of all non-exempt equity in personal property). Trustee also filed motion to compel turnover (Dkt. No. 55 and 58) | Unknown | 0.00 | | 33,776.00 | FA |
| 29 | Term insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Term insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 31 | 50% interest in 3 policies for minor children | 1,560.00 | 0.00 | | 0.00 | FA |
| 32 | Online betting account | 2.36 | 2.36 | | 2.36 | FA |
| 33 | Accounts of L & L Farms, Inc. (u)<br>Debtor is an authorized signer only, no value to estate. | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Preference against Joyce Plaza<br>See SOFA No. 16; under amount preference amount for business debtor. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 35 | Potential transfer actions related to pre-petition transfer of Crystal Lake Farms (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36 | Preference Against Chase<br>SOFA No. 6; sent defense on 1/24/2019, new value and ordinary course. NDR asset. | 8,201.65 | 8,201.65 | | 0.00 | FA |
| 36 | **Assets Totals (Excluding unknown values)** | **$425,693.40** | **$22,404.76** | | **$43,079.11** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 5:18-70925  
**Case Name:** EVANS, BLAKE A.  
**For Period Ending:** 11/21/2019

**Trustee Name:** (250020) Bianca Rucker  
**Date Filed (f) or Converted (c):** 04/06/2018 (f)  
**§ 341(a) Meeting Date:** 05/07/2018  
**Claims Bar Date:** 09/05/2018

| | |
|---|---|
| RE PROP# 3 | Objection to Exemptions DN25, Motion to compromise DN36, Order granting DN42 (resolving objection and buyback of all non-exempt equity in personal property) |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/31/2019  
**Current Projected Date Of Final Report (TFR):** 08/30/2019 (Actual)

| 11/21/2019 | /s/Bianca Rucker |
|---|---|
| Date | Bianca Rucker |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 5:18-70925 | Trustee Name: | Bianca Rucker (250020) |
|---|---|---|---|
| Case Name: | EVANS, BLAKE A. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4199 | Account #: | ******2600 Checking |
| For Period Ending: | 11/21/2019 | Blanket Bond (per case limit): | $1,994,800.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/26/18 | | Blake Evans | Compromise (DN 36) Order (DN 42) | | 11,766.11 | | 11,766.11 |
| | {28} | | Turnover pursuant to order and compromise $2,463.00 | 1124-000 | | | |
| | {12} | | buyback of non-exempt equity $50.00 | 1129-000 | | | |
| | {6} | | buyback of non-exempt equity $25.00 | 1129-000 | | | |
| | {3} | | buyback of non-exempt equity $25.00 | 1129-000 | | | |
| | {11} | | buyback of non-exempt equity $1,360.00 | 1129-000 | | | |
| | {14} | | buyback of non-exempt equity $4,702.85 | 1129-000 | | | |
| | {13} | | buyback of nonexempt equity $500.00 | 1129-000 | | | |
| | {15} | | buyback of non-exempt equity $0.59 | 1129-000 | | | |
| | {16} | | buyback of non-exempt equity $500.00 | 1129-000 | | | |
| | {17} | | buyback of non-exempt equity $1,070.66 | 1129-000 | | | |
| | {18} | | buyback of nonexempt equity $1,066.65 | 1129-000 | | | |
| | {32} | | buyback of non-exempt equity $2.36 | 1129-000 | | | |
| 02/11/19 | 101 | Garrett Hunt | Appraiser Fees: App for Compensation for Appraiser (DN 51); Order Granting App for Comp for Appraiser (DN 53) | 3711-000 | | 300.00 | 11,466.11 |
| 04/10/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4335 | Transition Debit to Metropolitan Commercial Bank acct 3910024335 | 9999-000 | | 11,466.11 | 0.00 |
| | | **COLUMN TOTALS** | | | 11,766.11 | 11,766.11 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 11,466.11 | |
| | | **Subtotal** | | | 11,766.11 | 300.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$11,766.11** | **$300.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 5:18-70925 | Trustee Name: | Bianca Rucker (250020) |
|---|---|---|---|
| Case Name: | EVANS, BLAKE A. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4199 | Account #: | ******4335 Checking Account |
| For Period Ending: | 11/21/2019 | Blanket Bond (per case limit): | $1,994,800.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/19 | | Transfer Credit from Rabobank, N.A. acct ******2600 | Transition Credit from Rabobank, N.A. acct 5023902600 | 9999-000 | 11,466.11 | | 11,466.11 |
| 07/09/19 | {28} | Blake and Kimberly Evans | federal and state tax refunds | 1124-000 | 31,313.00 | | 42,779.11 |
| 08/21/19 | 1000 | Rucker Law PLLC | Attorney Fees: Application for Compensation DN60; Order Granting App for Compensation DN66 | 3110-000 | | 5,158.50 | 37,620.61 |
| 08/21/19 | 1001 | Rucker Law PLLC | Attorney Expenses: Application for Compensation DN60; Order Granting App for Compensation DN66 | 3120-000 | | 55.00 | 37,565.61 |
| 10/01/19 | 1002 | Bianca Rucker | Distribution payment - Dividend paid at 100.00% of $5,057.91; Claim # FEE; Filed: $5,057.91 | 2100-000 | | 5,057.91 | 32,507.70 |
| 10/01/19 | 1003 | Bianca Rucker | Distribution payment - Dividend paid at 100.00% of $195.50; Claim # TE; Filed: $195.50 | 2200-000 | | 195.50 | 32,312.20 |
| 10/01/19 | 1004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 10.48% of $1,119.98; Claim # 1; Filed: $1,119.98 | 7100-000 | | 117.32 | 32,194.88 |
| 10/01/19 | 1005 | Joyce Plaza LLC | Distribution payment - Dividend paid at 10.48% of $307,344.86; Claim # 2; Filed: $307,344.86 | 7100-000 | | 32,194.88 | 0.00 |
| | | **COLUMN TOTALS** | | | 42,779.11 | 42,779.11 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 11,466.11 | 0.00 | |
| | | **Subtotal** | | | 31,313.00 | 42,779.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$31,313.00** | **$42,779.11** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 5:18-70925 | **Trustee Name:** | Bianca Rucker (250020) | |
| **Case Name:** | EVANS, BLAKE A. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4199 | **Account #:** | ******4335 Checking Account | |
| **For Period Ending:** | 11/21/2019 | **Blanket Bond (per case limit):** | $1,994,800.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2600 Checking | $11,766.11 | $300.00 | $0.00 |
| ******4335 Checking Account | $31,313.00 | $42,779.11 | $0.00 |
| | **$43,079.11** | **$43,079.11** | **$0.00** |

11/21/2019　　　　　　　　　　　　　　　　　　/s/Bianca Rucker
Date　　　　　　　　　　　　　　　　　　　　Bianca Rucker

UST Form 101-7-TDR (10 /1/2010)